Entered on Docket February 6, 2014

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re: ) Chapter 7
) No. 13-20087
MICHAEL A. WARNER )
KATHERYN M. WARNER ) EX PARTE ORDER
) AUTHORIZING TRUSTEE TO
Debtors. ) EMPLOY REAL ESTATE AGENT
)

THIS MATTER having come forth regularly on application of the trustee for authorization to employ real estate agent, the Court finding that said employment is appropriate under 11 U.S.C. Section 327 and LR 2016-1, and the Court determining that the agent does not have an interest adverse to the bankruptcy estate, now, therefore,

IT IS HEREBY ORDERED that the Chapter 7 Trustee, Ronald G. Brown, is authorized to employ Alise Roberts, of Alise Roberts & Company, to evaluate, and if appropriate, sell the residential real property at 28639 227th Avenue Southeast, Maple Valley, Washington.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the real estate agent a commission for the sale of the real property subject to court approval.

// //  END OF ORDER  // //

Presented by:

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Trustee

EX PARTE ORDER AUTHORIZING
TRUSTEE TO EMPLOY AGENT

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON  98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE