**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court
(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | No. 13-20087 |
| MICHAEL A. WARNER | ) | |
| KATHERYN M. WARNER | ) | EX PARTE ORDER |
| | ) | REQUIRING PRODUCTION |
| | ) | OF DOCUMENTS AND APPEARANCE |
| Debtors. | ) | FOR RULE 2004 EXAMINATION |
| | ) | |

THIS MATTER having come regularly before the undersigned judge of the above-entitled court upon the Chapter 7 Trustee's application, it appearing that notice is not necessary, now, therefore,

IT IS HEREBY ORDERED that, pursuant to Rules 2004(c) and 9016 of the Federal Rules of Bankruptcy Procedure, the debtors, Michael and Katheryn Warner, shall appear and produce and deliver any and all electronic or written correspondence, electronic or written, and other documents and records evidencing a pending loan modification under review or any approval for a loan modification; and,

IT IS FURTHER ORDERED that the Chapter 7 Trustee, is authorized to issue such subpoenas as required for a Rule 2004 examination and that such subpoenas shall be served not less than ten (10) days from notice of the examination.

//   //   END OF ORDER   //   //

Presented by:

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

EX PARTE ORDER REQUIRING APPEARANCE
FOR RULE 2004 EXAMINATION

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE